United States District Court
Southern District of Texas
FILED

NOV 16 2018

Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. M-18-MJ-30013 |
| JOSE LUCIO DOS SANTOS | § | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

On or about October 29, 2018, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JOSE LUCIO DOS SANTOS**

an alien, did knowingly and willfully enter the United States at a place other than as designated by immigration officers.

In violation of Title 8, United States Code, Section 1325(a)(1).

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
ROLANDO CANTU
Assistant United States Attorney